USDC IN/ND case 3:23-cv-00333-JEM   SCANNED at MCF and Emailed on page 1 of 4

AO 261(Rev. 9/17) (INND Prison Disciplinary Rev. 2/20)

SCANNED at MCF and Emailed on
4/20/23 by SU - 13 pages    page 1
(date)    (initials)    (num)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION
## CHALLENGING A PRISON DISCIPLINARY PROCEEDING

*[This form is for a State prisoner to challenge one prison disciplinary proceeding. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.]*

| Name (under which you were convicted):<br><br>Andrew Powell | Case No. *[For a new case in this court, leave blank. The court will assign a case number.]*<br>3:23-cv-333 |
|---|---|
| Place of Confinement : | Earliest Possible Release Date: |

*[Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court. NEATLY print in ink (or type) your answers.]*

1. Name of facility holding the hearing: _____ Miami Correctional Facility

   Date of hearing: 02 / 03 / 2023 . Case number: MCF 23-01-0231

   Offense: Conspiracy / Attempting / Aiding or Abetting Trafficking

   Code # A 111 / 113 .   Did you plead guilty? ◯ Yes. ⊘ No.

2. Lost earned credit time? ◯ No. ⊘ Yes, I lost __90__ days earned credit time.

   Was the loss of earned credit time suspended? ⊘ No. ◯ Yes, it was suspended until: ____/____/_____ .

   If suspended, has it been imposed? ◯ No. ◯ Yes, it was imposed on: ____/____/_____ .

3. Demoted in credit class? ◯ No. ⊘ Yes, I was demoted from Class __A__ to Class __B__ .

   Was the demotion suspended? ⊘ No. ◯ Yes, it was suspended until: ____/____/_____ .

   If suspended, has it been imposed? ◯ No. ◯ Yes, it was imposed on: ____/____/_____ .

4. Appealed to the Superintendent? ◯ No. ⊘ Yes, the result was: __denied__

5. Appealed to Final Reviewing Authority? ◯ No. ⊘ Yes, the result was: __denied__

6. Previously challenged this disciplinary hearing in federal court? ◯ No. ◯ Yes, case number: _____

7. Are you paying the $5.00 filing fee?

   ◯ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

   ⊘ No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Ground One: The guilty finding is a violation of the Fourteenth Amendment to the United States Constitution

There is no evidence to support the guilty finding in this case. The video does not support the conduct report. The video tape statement of disgraced (former) Officer Capers. I have never been given a copy of what Officer Capers said, but according to the Conduct report Ofc. Capers admitted to Investigator Neil Johnson that she placed contraband inside the trash bag I picked up. What was the contraband? She said I would pick these items up and ultimately deliver the contraband to another incarcerated individual, but this other incarcerated individual is not named.

So, she alleges she put contraband in the trash, yet does not say what it was, and I allegedly gave it to other incarcerated individuals yet does not identify them, nor did anyone else get charged.

The video does not support the conduct report, nor guilty finding. I was found guilty of a class A violation 111/113 Conspiracy/Attempting/Aiding or Abetting Trafficing 113. Code 113 states Trafficing is "Giving, selling, trading, transferring, or in any other manner moving an unauthorized physical object from another person without the prior authorization of facility warden or designee. According to the conduct report, and video summary done by D.H.O Sgt Snow, I am seen removing an object from trash. What was the item? How can an item be considered to be unauthorized if it can not be identified?

At the time of this alleged incident, I was the P-housing Unit Dorm Representitive/Sanitation Worker. I was given a direct order by Capers to clean the sallyport, and take trash. I had to follow this order. Refusing a direct order from any staff member can/will result in a conduct report and lose of work assignment. Officer's are designees of the Warden to ensure the job duties of assigned offenders are completed. They do this by tell (ordering) us to complete these task, or others.

Yes, I took the trash as ordered, I had other trash bags, rags, and other cleaning supplies. I went back to the 100/200 side of P.H.U which is where I was housed. I took some item to my assigned cell of 111/112 P.H.U to clean my cell, because my cellmate had been released that day. So I wanted to clean in anticipation of a future cellmate. I am/was authorized to have cleaning supplies, rags, trash bags to my cell to clean.

I do not know why Ofc Capers lied on me. I can only summize that I was an easy target, that would allow her to circumvent responsibility for what she was actually doing and who she was doing it for. I base this off of the fact there was no contraband, and no other individual indentified.

Ground Two: Not only was my Fourtheeth Amendment violated but also was my Due Process due to the fact that at the disciplinary hearing I ask for Ofc. Capers January 9th 2023 interview with Investigator Neil Johnson to be submitted into evidence. The D.H.O stated "That would require me to postpone your hearing in order to have that DWR reviewed and I am not postponing this case due to the fact the Ofc Capers told what she did. Also said I should have requested that during the screening process".
  However, according to IDOC ADP, I am allowed to request evidence during the screening process, or at my hearing. This denial prevented me from being able to challenge the evidence against me.

AO 241 (Rev. 9/17) (INND Prison Disciplinary Rev. 2/20)

GROUND THREE: [Briefly describe your claim.] _____

_____

    Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Did you present Ground Three to the Final Reviewing Authority? ◯ Yes.  ◯ No, because _____

_____

## DOCUMENTS

I have attached these documents from this disciplinary hearing: [Check all that apply.]

- ☑ Report of Conduct
- ☑ Screening Report
- ☑ Report of Disciplinary Hearing
- ☑ Letter from the Final Reviewing Authority
- ◯ Other relevant documents: _____

_____

## RELIEF

I ask for the following relief:  my time  that  was  taken . replace  also  have  this  charge  offense
to be  dimissed  and  also  transfer  me  to  a  level  TWO  facility
_____ or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on ____/____/20____ at _____ am/pm.

    [Do not fill in this date and time until you give this petition to prison officials to send to the court.]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will
promptly notify the court of any change of address.

_Andrew Powell_
Signature

_163483_
Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]