# UNITED STATES DISTRICT COURT

for the
Northern District of Indiana

ANDREW L POWELL
*also known as*
ANDREW POWELL
      PETITIONER

   v.

Civil Action No.  3:23-cv-333

WARDEN
*Miami Correctional Facility*
      RESPONDENT

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

__ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

__ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: Petitioner Andrew L Powell's Petition for Writ of Habeas Corpus is DENIED;  Judgment entered in favor of Respondent Warden and against Petitioner Andrew L Powell.  The Court DENIES Petitioner Andrew L Powell leave to appeal in forma pauperis .

This action was (*check one*):

__ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

__ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Magistrate Judge John E. Martin as to the Petition for Writ of Habeas Corpus.

DATE: 9/7/2023                        CHANDA J. BERTA, CLERK OF COURT

                                              by   s/ S.Jarrell_____
                                              *Signature of Clerk or Deputy Clerk*